DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
YONG VANG YANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-10-488-WBS |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| YONG VANG YANG, ) | |
| Defendant. ) | Date: January 10, 2011<br>Time: 8:30 a.m.<br>Judge: Hon. William B. Shubb |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JARED DOLAN, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the Status Conference hearing date of January 10, 2011 be vacated, and the matter rescheduled for Status Conference on February 14, 2011 at 8:30 a.m.

    Mr. Yang's counsel has recently been appointed on his case and has just finished review of the discovery.  Additional time is needed to meet with her client and review the discovery materials, complete a factual investigation, and conduct ongoing investigation.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

1  this order through and including February 14, 2011 pursuant to 18
2  U.S.C.§3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code
3  T4 based upon continuity of counsel and defense preparation.

4  Dated: January 7, 2011                Respectfully submitted,

5                                        DANIEL J. BRODERICK
                                         Federal Public Defender
6

7                                        /s/ Linda C. Harter
                                         LINDA C. HARTER
8                                        Chief Assistant Federal Defender
                                         Attorney for Defendant
9                                        YONG VANG YANG

10

11 Dated: January 7, 2011                BENJAMIN B. WAGNER
                                         United States Attorney
12

13                                       /s/Jared Dolan
                                         JARED DOLAN
14                                       Assistant U.S. Attorney
                                         Attorney for Plaintiff
15

16                           **O R D E R**

17     **IT IS SO ORDERED.**  For the reasons set forth above, the court
18 finds that the ends of justice to be served by a continuance outweigh
19 the best interests of the public and the defendant in a speedy trial
20 and therefore excludes time under the Speedy Trial Act through
21 February 14, 2011.
22 Dated: January 7, 2011

23
24                                       WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE
25
26
27
28

Stip & Order/Yong Vang Yang            2